**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

AMANDA THOMAS,

        Plaintiff,

-vs-                                    Case No.  3:10-cv-940-J-34TEM

CHICAGO PIZZA AND SPORTS
GRILLE, INC.,

        Defendant.
_____

**O R D E R**

**THIS CAUSE** is before the Court on Magistrate Judge Thomas E. Morris' Report and Recommendation (Dkt. No. 17; Report), entered on April 29, 2011, recommending that the Joint Motion for Approval of Settlement (Dkt. No. 13; Joint Motion) be granted, and that this case be dismissed with prejudice. See Report at 3. Neither party has filed an objection to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

The Court has conducted an independent examination of the record in this case and a de novo review of the legal conclusions. Plaintiff filed suit against Defendant pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (FLSA), seeking recovery of unpaid overtime. See Complaint and Demand for Jury Trial (Dkt. No. 1). Thereafter, the parties engaged in settlement negotiations, which resulted in a resolution of the issues and claims raised in this case. See Joint Motion (Dkt. No. 13). Upon review of the record, including the Report, Joint Motion, and Settlement Agreement and Release, the undersigned concludes that the settlement represents a "reasonable and fair" resolution of Plaintiff's FLSA claim. Accordingly, the Court will accept and adopt Judge Morris' Report.

In light of the foregoing, it is hereby **ORDERED:**

1. Magistrate Judge Thomas E. Morris' Report and Recommendation (Dkt. No. 17) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion for Approval of Settlement (Dkt. No. 13) is **GRANTED**.

3. For purposes of satisfying the FLSA, the Settlement Agreement and Release is **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk of the Court is directed to terminate any pending motions or deadlines as moot and close this file.

**DONE AND ORDERED** in Jacksonville, Florida, this 20th day of May, 2011.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record